UNITED STATES OF AMERICA,

        Plaintiff,                ORDER

      v.                    Case No.16-cr-101 jdp

JOSEPH CICIONE,

        Defendant.

The defendant in the above-entitled case has been:

    X      convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

                The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

_____    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

_____    acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____    Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 16th-day of May, 2019.

                BY THE COURT:

                s/Stephen L. Crocker
                STEPHEN L. CROCKER
                Magistrate Judge